```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR153 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. HAZEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The initial appearance on the petition regarding violation of supervised release (filing 174) is continued to April 12, 2006 at 2:30 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 28th day of March, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge