IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR153 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DAVID HAZEN, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 6th day of April, 2006, this matter is before the Court on the United States' Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 178). The Court, being fully advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

The Petition for Offender Under Supervision filed herein is hereby dismissed.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge